**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RODOLFO ALEJANDRO MALDONADO CRUZ,<br><br>  Petitioner,<br><br> v.<br><br> ERIC H. HOLDER, Jr., Attorney General,<br><br>  Respondent. | No. 07-72802<br><br>Agency No. A070-944-681<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 10, 2010[**]

Before:   O'SCANNLAIN, HAWKINS, and IKUTA, Circuit Judges.

   Rodolfo Alejandro Maldonado Cruz, a native and citizen of Peru, petitions

for review of the Board of Immigration Appeals' ("BIA") order affirming an

immigration judge's ("IJ") certified decision denying his application for

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

adjustment of status. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

Contrary to Maldonado Cruz's contention, the BIA was not required to revisit his removability finding on remand because the IJ found Maldonado Cruz removable at his May 1, 1998, hearing based on his concession of removability and he never challenged that removability finding. *See Lolong v. Gonzales*, 484 F.3d 1173, 1178 (9th Cir. 2007) (en banc) (finding of removability automatically reinstated upon subsequent denial of relief).

We lack jurisdiction to consider Maldonado Cruz's voluntary departure claim because he did not exhaust this claim before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004) (this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**